UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:  JOHN MARK CRAIGHEAD                         CASE NO. 13-03011
        CHAPTER 13
        Debtor(s)

## OBJECTION TO PROOF OF CLAIM

Comes now debtor, by counsel, and objects to the Proof of Claim filed by the creditor, Capitol One Credit and in support thereof respectfully states:

1. Creditor has filed a partial secured proof of claim, docketed in the Claims Register as Claim #6-1, in the amount of $2489.86 as unsecured and $729.58 secured.

2. The Claim for this Creditor is a credit card and is an unsecured creditor and should be treated as such.

WHEREFORE, debtor(s) object to the stated Proof of Claim and pray the same be denied, together with all due and proper relief in the premises.

                                               _____/s/ Gregory Coleman_____
                                               Gregory Coleman (Coleman Law Office)
                                               Attorney for Debtor

## NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

On November 16, 2013 Debtor's, by counsel, filed an objection to Capitol One secured portion to the proof of claim #6-1. If you have not received a copy of the objection, you may get one by contacting the person who signed this notice or at the clerk's office located at: Bankruptcy Clerks Office, 116 US Courthouse, 46 E. Ohio St., Indianapolis, IN 46204.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one. If you do not want the court to grant the motion, then on or before December 16, 2013 you or your attorney must:

1. File a written objection to the motion, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at: 116 US Courthouse, 46 E. Ohio St., Indianapolis, IN 46204. If you mail your objection, you must mail early enough so that it will be received by the date it is due.

2. You must also mail a copy of your objection to: Gregory Coleman, 127 E. Michigan St., Indianapolis, IN 46204; NANCY GARGULA, Office of the U.S. Trustee, 101 W. Ohio Street, Indianapolis, IN. 46204; Chapter 13 Trustee: Robert A. Brothers, 151 N Delaware St Ste 1400, Indianapolis, IN 46204 (either electronically on this creditor or by U.S. mail, postage prepaid).

If you do not file an objection by the date it is due, the court may grant the relief requested without a hearing. If you do file an objection, the court will set the motion for hearing, which you or your attorney will be expected to attend.

/s/Gregory H. Coleman
Gregory H. Coleman #15403-49
Attorney for Debtor(s)

**CERTIFICATE OF SERVICE**

I hereby certify a true and accurate copy of the foregoing was electronically service on the U.S. Trustee and the Chapter 13 Trustee and all parties having filed an appearance in this matter this date electronically filed with the Court.

/s/ Gregory Coleman
Gregory Coleman, Attorney at Law

/s/Gregory H. Coleman
Gregory H. Coleman #15403-49
Attorney for Debtor(s)
Coleman Law Office
127 E. Michigan St. #300
Indianapolis, IN 46204
Office: (317) 635-4955
Fax: (317) 682-6475
gcmoney7@aol.com; colemanlawoffice@gmail.com